UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Discrimation apt 17 :
change me to apt 15 : July 2, 2024 : CIVIL CASE NO: 1:24-cv-1226
Id thief : (to be supplied by Clerk of the District Court)
(Enter above the full name of plaintiff in this action) :

v. :

Monarch Mangement Group Co; IRI :
Carlisle Housing Authority :
I.D thief with Cable - phone ) Home Care. :
(Enter above the full name of the defendant(s) in this action) :

FILED
HARRISBURG, PA
JUL 23 2024
PER JAR
DEPUTY CLERK

COMPLAINT

1. The plaintiff Discrimation Identy thief a citizen of the County of Mechanicsburg Pa, 17050 17th apt State of Pennsylvania, residing at 102 N. Sporting Hill Rd, Mechanicsburg wishes to file a complaint under Pa. apt. 15 - move from No# 17 FOR (give Title No. etc.) Discrimation of Color.

2. The defendant is apt 17th that Bill on my cable Bill) still Dont have phone OR Cable OR Home Care to Call, for Employement

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) Been to Patient Care (3 times) Since I been the 22-Day. They want me the Cable Company to ask 17 FoR modom to take out of His Name. 22

3. (CONTINUED) Day, of Abuse. Holly never Help, TRi, NEVER help. Chandra let me use the phone. That Been it. Jody K. Butts (Cable Bx Back yesterday Came out on 15th, July for installion, & I'm without Service Still.

4. WHEREFORE, plaintiff prays that

(Signature of Plaintiff)